# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MANUEL SANDOVAL-VILLANUEVA, <br> Defendant. | No. CR-09-5452-RJB-24 <br><br> **ORDER GRANTING SUBSTITUTION OF COUNSEL** |

BEFORE the court for resolution is the Defendant MANUEL SANDOVAL-VILLANUEVA'S Motion to Substitute Retained Counsel, RICARDO HERNANDEZ, in lieu of his present attorney of record. The Court having considered the submissions of the Defendant, and the court file, hereby ORDERS:

The defendant's Motion is GRANTED. RICARDO HERNANDEZ is substituted as the attorney of record for the Defendant, MANUEL SANDOVAL VILLANUEVA.

It is so ordered this 30th day of November 2009.

_____
ROBERT J. BRYAN
United States District Judge

PRESENTED BY:
HERNANDEZ LAW OFFICE

s/Ricardo Hernandez
RICARDO HERNANDEZ
Attorney for Defendant

(PROPOSED)
ORDER GRANTING
SUBSTITUTION OF COUNSEL

- 1 -

RICK HERNANDEZ.
HERNANDEZ LAW OFFICES
440 SOUTH 6 TH ST.
P.O. BOX 1039
SUNNYSIDE WA 98944
(509) 837-3184